# THE MOORISH NATIONAL REPUBLIC MOORISH DIVINE AND NATIONAL MOVEMENT OF NORTH AMERICA

Aboriginal and Indigenous Natural Peoples of North-West Amexem
North America

IN THE
UNITED STATES MIDDLE DISTRICT
OF FLORIDA
TAMPA DIVISION

JUN 2 2025 AM11:27
FILED - USDC - FLMD - TPA

CASE NUMBER: 8:25-cv-001175-WEJ-AEP

ra nu ra khuti amen of the family bey, et-al

**Plaintiff**

V

CAPSTONE LOGISTICS, LLC, H.I.G. CAPITAL MANAGEMENT, LLC,
SAMI MNAYMNEH and TONY TAMER, et-al

**Defendant**

JURY DEMANDED

## AMDENDED
## AMERICAN DISABILITY ACT
## COMPLAINT

## NATURE OF THE ACTION

1. This is an action for declaratory, injunctive, and monetary relief brought by Plaintiff, ra nu ra \khuti amen bey A.K.A. Bertram Andrews-Powley, III, In-Propria Persona and Sue Juris, against his former direct employer, CAPSTONE LOGISTICS, LLC, which is a subsidiary of the Owning Company, H.I.G. CAPITAL MANAGEMENT, LLC, and their Owner(s) SAMI MNAYMNEH and TONY TAMER, and any successors and assigns. Plaintiff's Complaint asserts, as more specifically set forth below, that he was subjected to disability discrimination in the form of disparate treatment, harassment and retaliation, in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12101 and 12102 et. Seq.

## JURISDICTION

2. The matter in controversy exceeds the amount of $75, 000. Original Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 and 1343 and 28 U.S.C. § 1332(a)(2) Diversity of Citizenship. This court may exercise long-arm jurisdiction in the event that the citizens are of different states such as the plaintiff identifies as Moorish and is an aboriginal man and the defendant(s) are resident(s) of Florida under Fla. Stat. § 48.193.

3. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Middle District of Florida Tampa Division.

4. Plaintiff filed a timely charge of discrimination with the Equal Employment Opportunity Commission (EEOC), a copy of which is attached hereto as Exhibit "A" and is incorporated as if fully set forth herein. Plaintiff received a Notice of Right to

Sue attached hereto as Exhibit "B."

5. The EEOC has determined there is reasonable cause to believe discrimination occurred. On or about January 10th, 2025 the EEOC did initiate a process of conciliation to attempt to resolve the issue, however; the EEOC did not issue a cause determination. The email conversation(s) of the conciliation are attached hereto as Exhibit(s) “C”, “D” and “E”.

THE PARTIES

6. Plaintiff, ra nu ra khuti amen bey, is a Moorish American adult man residing at tampa-territory, florida-republic.

7. Plaintiff, ra nu ra khuti amen bey, is the secured party and authorized representative with assigned rights to sue third parties who have interfered with or damaged the ens-legis / transmitting utility, BERTRAM ANDREWS-POWLEY, III©.

8. Plaintiff, ra nu ra khuti amen bey, is the Donor, Grantor and Beneficiary of the irrevocable express trust, DOUBLE LION UCHET EXPRESS TRUST.

9. Defendant, CAPSTONE LOGISTICS, LLC, is incorporated under the laws of the State of Delaware and is a Corporation in good standing in the State of Georgia. This corporation is authorized to do business as a foreign corporation in this State.

10. Upon information and belief, Defendant, CAPSTONE LOGISTICS, LLC’s registered agent for service of process is Cogency Global, Inc., 900 Old Roswell Lake Parkway, Suite 310, Roswell, Georgia 30076, USA

11. Defendant, H.I.G. CAPITAL MANAGEMENT, LLC, is incorporated under the

laws of the State of Delaware and is a Corporation in good standing in the State of Georgia. This corporation is authorized to do business as a foreign corporation in this State.

12. Upon information and belief, Defendant, H.I.G. CAPITAL MANAGEMENT, LLC's registered agent for service of process in C.T. Corporation System 289 S. Culver St, Lawrenceville, Georgia 30046, USA.

13. Upon information and belief, Defendant, SAMI MNAYMNEH, is the owner of the above mentioned companies and at all times relevant hereto is an adult citizen of the State of Florida who resides at an unknown personal address and is subject to service of process at either above mentioned registered agent.

14. Upon information and belief, Defendant, TONY TAMER, is the owner of the above mentioned companies at all times relevant hereto is an adult citizen of the State of Florida who resides at an unknown personal address and is subject to service of process at either above mentioned registered agents.

STATEMENT OF FACTS

15. Plaintiff is a qualified individual with a medical condition.

16. Plaintiff was hired by the Defendant, CAPSTONE LOGISTICS, LLC which is a subsidiary of H.I.G. CAPITAL MANAGEMENT, LLC and owned by SAMI MNAYMNEH and TONY TAMER under the name BERTRAM ANDREWS-POWLEY, III© on March 21, 2024, as a "Dry Dock" freight runner.

17. On or about March 21, 2024 plaintiff engaged in a conversation with the Site Manager about managing plaintiff's disability and how the cold air is having its

effects and plaintiff mentioned to him that he would like to be assigned to the "Dry Dock" and not the freezer... then the Site Manager said "it worked out perfect that you were already assigned to the "Dry Dock" area, as several freight runners were hired at the same time and one of the new freight runners named Darrell was assigned to the freezer. Evidence that CAPSTONE LOGISTICS, LLC had knowledge of plaintiff's disability is supported with a copy of a text message between plaintiff and assigned trainer on or about June 17, 2024 is attached hereto, made a part hereof, and is marked as Exhibit "H".

18. Plaintiff never missed a day of work and was never later for work and has met all of the work requirements - including meeting the minimum 300 pallet per day requirement and operating as a freight runner in the dry dock, cooler and the freezer. The Plaintiff's Daily Earnings Breakdown - which shows plaintiff worked in the dry dock and cooler daily and the freezer as instructed each Saturday and Sunday- is attached hereto, made a part hereof, and is marked as Exhibit"G".

19. On or about May 27, 2024, plaintiff approached the Site Manager at CAPSTONE LOGISTICS, LLC about making an official complaint. The Site Manager instructed plaintiff to email the complaint to him. At no time has CAPSTONE LOGISTICS, LLC, the subsidiary, H.I.G. CAPITAL MANAGEMENT, LLC, the owning company or their owners, SAMI MNAYMNEH and TONY TAMER made available a clear process for employees at CAPSTONE LOGISTICS, LLC to engage in an interactive process with their Employer to request Americans with Disabilities Act (ADA) accommodations.

20. On or about June 3rd, 2024, plaintiff engaged in a protective activity by filing a complaint about potential ADA violations being done by a Manager and making a request for an ADA accommodation based on his known disability, a copy of the ADA complaint and request for accommodation is attached hereto, made a part hereof, and is marked as Exhibit "T".

21. In retaliation to plaintiff making an ADA complaint and request for accommodation, on June 7th, 2024, plaintiffs' employment was terminated by the Site Manager (Edris) and the Supervisor (Israel) "because your asthma could become an issue when working in the freezer".

22. On or about June 9, 2025, plaintiff did have a text conversation with Capstone Logistics LLC's site manager to follow up on the reason why plaintiff's employment was terminated and the Site Manager gave a pre-textual excuse that plaintiff's employment was terminated because plaintiff was not able to do the job in the freezer and that he could not accommodate plaintiff's ADA request. A copy of the email conversation is attached hereto, made a part hereof, and is marked as Exhibit "F".

23. On or about June 25th, 2024, plaintiff filed a charge of disability discrimination with the EEOC charge number: 511-2024-03174.

24. On January 10th, 2025, the EEOC investigator assigned to the above mentioned claim reached out to plaintiff in an attempt to resolve the issue through an administrative conciliation.

25. Using his full appellation, ra nu ra khuti amen bey, as secured party

creditor and authorized representative for the transmitting utility, BERTRAM,ANDREWS-POWLEY, III©. and as the Donor, Grantor and Beneficiary of the DOUBLE LION UCHET EXPRESS TRUST, and under the authority of a private security agreement and non-negotiable security agreement between the transmitting utility and the secured party creditor, made direct contact with the opposing party by United States Postal Certified Mail. Between the time period of January 2025 and April 2025, each defendant was made aware of the nature of plaintiff's claim of disability discrimination and retaliation in pre-suit communications and settlement attempt(s) prior to the filing of this civil suit in the form of Demand(s) for Lawful Payment, Notice(s) of Right to Cure, and Notice(s) of Default, however; no settlement was reached.

26. On April 16th, 2025, plaintiff made a written request to the EEOC for his right to sue letter.

27. As a direct and proximate result of the defendant(s) disability discrimination in the form of retaliation including suspicious timing to wrongfully terminate plaintiff's employment, plaintiff sustained life altering damage in the form of emotional distress, loss of enjoyment of life, serious mental anguish, humiliation, loss of dignity in the sense of damage to self-respect, and feelings of shame.

28. As a direct and proximate result of the defendant(s) disability discrimination, which includes adverse action against plaintiff, the plaintiff has incurred loss of back and forward wages and has sustained damages of emotional distress, loss of enjoyment of life, serious mental anguish, humiliation, loss of

dignity in the sense of damage to self-respect, and feelings of shame.

29. As a direct and proximate result of the Defendant(s) - H.I.G. CAPITAL MANAGEMENT, SAMI MNAYMNEH and TONY TAMER's - disability discrimination including their failure to define policies, procedures, and Human Resources functions within CAPSTONE LOGISTICS, LLC, the plaintiff has endured wrongful termination, retaliation and disability discrimination and has incurred loss of back and forward wages, life altering damage in the form of emotional distress, loss of enjoyment of life, serious mental anguish, humiliation, loss of dignity in the sense of damage to self-respect, and feelings of shame.

LEGAL CLAIMS

30. Plaintiff incorporates Paragraphs 1 through 29 above as though specifically set forth herein and as causes of action would state that Defendants' actions and conduct described above constitute unlawful discrimination on the basis of disability in violation of the Titles I, III and V of the Americans with Disabilities Act and, 42 U.S.C. § 12101 et. seq. (harassment, disparate treatment, retaliation and wrongful termination due to Plaintiff's disability).

PRAYER FOR RELIEF

Wherefore, in consideration of the foregoing, Plaintiff prays that the court, after service of this action upon Defendants, direct the clerk to set this matter for trial. Plaintiff further requests a jury to hear this cause, and upon a hearing and verdict thereon, prays for the court to issue a judgment:

1. Trial by jury;

2. Finding that defendants' actions constitute unlawful discrimination in violation of the statutes cited herein.

3. Awarding full back pay and benefits in an amount to be determined at trial.

4. Awarding plaintiff front pay and benefits in an amount to be determined at trial.

5. Awarding plaintiff actual and compensatory damages (including damages for emotional distress, loss of enjoyment of life, serious mental anguish, humiliation, and a loss of dignity in the forms of damage to self-respect, and feelings of shame) in an amount to be determined at trial.

6. Awarding plaintiff punitive damages in an amount to be determined at trial, which are reasonably and rationally related to the egregiousness of the defendant(s) conduct of retaliation and wrongful termination, and which is reasonably and rationally related to the financial net worth of the defendants', and which is in the public interest.

7. Awarding plaintiff prejudgment quarterly interest.

8. Awarding plaintiff costs and reasonable attorney's fees pursuant to and allowable under exceptions to the American Rule and Florida Statutes.

9. Awarding plaintiff such other and further relief as the court deems just and proper.

10. Assess a civil penalty per CAPSTONE LOGISTICS, LLC facilities that vindicates the public interest and issue a permanent injunction that orders the

defendants' to modify their policies to ensure they comply with the ADA and do not discriminate against disabled individuals in the future.

**Notice to the Agent is Notice to the Principal – Notice to the Principal is notice to the Agent**

Respectfully submitted,
In Honor,
I am




:ra-nu-ra-khuti-amen: bey

ra nu ra khuti amen bey
Donor, Grantor, Beneficiary,
Authorized Representative UCC 3-402(B)(1)
Natural Man, In-Propria Persona
In Solo Proprio, Sue Juris, Sue Heredes, Ex-Relation
BERTRAM ANDREWS-POWLEY, III©
DOUBLE LION UCHET EXPRESS TRUST
ALL RIGHTS RESERVED: U.C.C. 1-207
Without Recourse, Without Prejudice
U.C.C. 1-308, U.C.C. 1-103
C/O 9137 Talina Ln ~tampa-territory, ~florida-republic
[33637-99980]

Exhibit "A"

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 511-2024-03174 |
| Florida Commission On Human Relations<br>*State or local Agency, if any* | | and EEOC |

| I Name (*Indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.*) | Home Phone | Year of Birth |
|---|---|---|
| Ra nu ra khuti Bey | (813) 293-5194 | |

Street Address

P.O. Box 11205

TAMPA, FL 33680

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| CAPSTONE LOGISTICS LLC | 501+ Employees | (770) 414-1929 |

Street Address

30 TECHNOLOGY PKWY S STE 200

PEACHTREE CORNERS, GA 30092

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Disability, Retaliation | 03/01/2024 | 06/03/2024 |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I am a qualified individual with a medical condition. I was hired by Respondent on March 21, 2024, as a dry dock freight runner. On or about Saturday March 23rd, 2024, when on training with James Woodward, I followed James Woodward into the freezer which almost immediately triggered my medical condition. I think the sudden exposure to the below zero temperature in the freezer cause a flare up. I suffered another flare up when working in the cooler on the same weekend. I was asked if I knew when I applied for the job that this will affect my ability to do the job which I didn't. As a result, on or about March 30th Alex instructed me to work in the freezer but I was still having symptoms from the prior week, and I declined due to health reasons. I realized that I had to do it as it was part of my essential duties of my job so I got used to the cold air in order to perform the essential job requirements. Nonetheless, in conversation with the Site Manager about my disability, I asked him if I could be assigned to the dry dock and he mentioned that "it worked out perfect that I was already assigned to the dry dock", as several freight runners were hired at the same time and one of the new freight runners named Darrell was assigned to the freezer. Without the benefit of working strictly in my assigned area or receiving any accommodation, I worked the freezer and cooler from that moment forward whenever asked or scheduled to do so. I essentially wrote an internal complaint against Alex for harassing me and creating a hostile work environment by steering at me and sizing me up and down.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>Digitally Signed By: Ra nu ra khuti Bey<br>06/25/2024<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC<br>FEPA | Agency(ies) Charge No(s):<br>511-2024-03174 |
|---|---|---|
| Florida Commission On Human Relations<br>*State or local Agency, if any* | | and EEOC |

A week after filing the internal complaint against Alex I was then terminated for not being able to perform the essential functions of my job. This is despite the fact that the Site Manager gave me high praise for doing my job. Terminating my employment was a pretext on the part of the respondent, as similar situated employees with the same medical condition as me are still employed.

I believe that I was discriminated against due to my disability, in violation of the American with Disabilities Act of 1990, as amended. I also think that I was retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended, and all the state statutes.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ra nu ra khuti Bey**<br>**06/25/2024**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EXHIBIT "B"

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Tampa Field Office
501 East Polk St, Suite 1000
Tampa, FL 33602
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

**To:** Ra nu ra khuti Bey
P.O. Box 11205
TAMPA, FL 33680

Charge No: 511-2024-03174

EEOC Representative and email: JAHAIRA QUINTANA
Federal Investigator
jahaira.quintana@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 511-2024-03174.

On behalf of the Commission,

Digitally signed by Tamra Schweiberger
Date: 2025.04.17 15:02:14 -04'00'

Tamra S. Schweiberger
Director

**Cc:**
**Respondent:**
David Klass
Fisher & Phillips LLP
227 W TRADE ST STE 2020
Charlotte, NC 28202

Please retain this notice for your records.

Exhibit "C"

**From:** Ra Nu Ra Khutl Amen Bey ruty7bey@gmail.com
**Subject:** Fwd: Ra Nu Ra Khuti Bey v Capstone Logistic; 511-2024-03174
**Date:** May 6, 2025 at 3:12 PM
**To:** bill tampaprintingproject.com bill@tampaprintingproject.com

RB

Sent from my iPhone

Begin forwarded message:

> **From:** JAHAIRA QUINTANA <JAHAIRA.QUINTANA@eeoc.gov>
> **Date:** January 10, 2025 at 10:20:23 AM EST
> **To:** RUTY7BEY@gmail.com
> **Subject: Ra Nu Ra Khuti Bey v Capstone Logistic; 511-2024-03174**
>
> Good morning Sir,
>
> I am providing you with my supervisor's information as requested:
>
> Omayra Rodriguez
> Email: Omayra.rodriguez@eeoc.gov
> Phone: 813-710-9370
>
> Jahaira Quintana
> Investigator
> U.S. Equal Employment Opportunity
> Commission
> Tampa Field Office
> 501 E. Polk St., Rm 1000
> Tampa, FL 33602
> Tel: (813) 710-9357
> Fax: (813) 228-2841
>
> **Press control key and click link for portal:**
> http://www.eeoc.gov/employees/charge_status.cfm
>
> **Warning:** All information contained in this email message is privileged and confidential for use ONLY by the Equal Employment Opportunity Commission (EEOC) and the intended recipient(s). If you are not an intended recipient, you are hereby notified that any use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all copies of the message and its attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. Emails sent or received by the EEOC will be retained according to EEOC's record retention policy.

Exhibit "D"

Hi Mrs. Rodriguez,

I just wanted to recap the conversation we had on Friday 01/10/2025. I requested a supervisor because Mrs. Quintana was very rude during our conversation; her actions led to an argument that is clearly untenable. It does not seem reasonable to think that I would get a fair and unbiased investigation of my EEOC charge from Mrs. Quintana. My EEOC charge cannot be regarded as a matter of indifference.

Secondly, I reject your offer for "earlier resolve to this case" because it does not allow me to bring all of the damages I have suffered to the negotiation table. This does not appear to be a good faith attempt to settle this matter.

This is a more complex case being that I have tremendous damage as a result of the wrongful termination of my employment. This damage is due to discrimination on the basis of my disability. Capstone Logistics management's inappropriate behavior - including retaliation - has left me emotionally devastated.

Please contact me with any questions or concerns you may have. Thank you and have a great day!

--

**ra nu ra khuti amen bey,**
All Rights Reserved, Without Recourse
Authorized Representative UCC 3-402(b)(1)
Without Prejudice UCC 1-308
813.293.5194

Exhibit "E"

**From:** **Ra Nu Ra Khuti Amen Bey** ruty7bey@gmail.com
**Subject:** Fwd: EEOC Number:511-2024-03174
**Date:** May 6, 2025 at 3:13 PM
**To:** Bill Haase Bill@TampaPrintingProject.com

RB

Sent from my iPhone

Begin forwarded message:

> **From:** "OMAYRA RODRIGUEZ [she/her/hers]" <OMAYRA.RODRIGUEZ@eeoc.gov>
> **Date:** January 13, 2025 at 12:05:32 PM EST
> **To:** Ra Nu Ra Khuti Amen Bey <ruty7bey@gmail.com>, JAHAIRA QUINTANA <JAHAIRA.QUINTANA@eeoc.gov>
> **Subject: RE: EEOC Number:511-2024-03174**
>
> Ra Nu Ra Khuti Bey,
>
> The EEOC understand that you are not interested in settlement discussions at this time. Therefore, the EEOC will proceed with the investigative process. Furthermore, though I listened to your concerns, the case will remain at this time with the assigned investigator as I have confidence that the investigator will remain neutral in their investigation. Please be reminded that a final agency decision in your case will be reviewed by a management official prior it being issued.
>
> You have been provided with my contact information in the event you need to reach out.
>
> Respectfully,
>
> **Omayra Rodriguez** (she/her)
> **Enforcement Manager**
> **U.S. Equal Employment Opportunity Commission**
> **Tampa Field Office**
> **501 E. Polk Street, Suite 1000**
> **Tampa, FL 33602**
> **(813) 710-9370 – office ph**
>
> **From:** Ra Nu Ra Khuti Amen Bey <ruty7bey@gmail.com>
> **Sent:** Monday, January 13, 2025 7:00 AM
> **To:** OMAYRA RODRIGUEZ [she/her/hers] <OMAYRA.RODRIGUEZ@EEOC.GOV>; JAHAIRA QUINTANA <JAHAIRA.QUINTANA@EEOC.GOV>
> **Subject:** EEOC Number:511-2024-03174
>
> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Exhibit "F" 1 of 2

9:32

E

Edris Hayes >

Sun, Jun 9 at 9:54 AM

Hello Edris, I know you and Israel said that my employment was terminated because of my asthma - even though I pointed out that I have met and exceeded the job requirements the entire time I was there. - could you send to me a copy of the official reason for my termination?
Also, could you send to me the contact information to the H.R. representative involved with this process, please. Thank you and have a great day!

Terminated because you can't perform job duties required in freezer. I can't accommodate request outside the job scope. The role has responsibilities on all docks. The entire warehouse. If you had communicated to me before hiring that you couldn't perform the scope of the job. I would have declined job offer.

I'm sending you my director number. His name is Garrie

iMessage

Exhibit
"F"
2 of 2

9:34

E

Edris Hayes >

The role has responsibilities on all docks. The entire warehouse. If you had communicated to me before hiring that you couldn't perform the scope of the job. I would have declined job offer.

I'm sending you my director number. His name is Garrie

The BOSS

The BOSS T >

You have personally witnessed me take my Symbicort prescription every day at 9 a.m. in your office... you have known from the beginning and throughout my employment that I had asthma. I told you that I was not born with it but picked it up in early 2022. It wasn't a problem until I voiced my concerns about Alex. Thanks for the information I'll reach out to Garrie during normal business hours. Have a great day!

Delivered

Thanks you to

iMessage

Exhibit "G" 1 of 10

1:05 LTE

$627.84

Payment will be processed on
**Friday, May 03**

| | |
|---|---|
| Production Earnings Total | $417.60 |
| Hourly Earnings Total | $210.24 |

## Daily Earnings Breakdown

Last updated : Monday, April 29

All earnings are estimated and are subject to change prior to payday. Displayed earnings are estimations and not promise of final pay.

**Saturday 04/27** $111.24

| Work Type | Net Rev. | Earnings |
|---|---|---|
| Hourly Earnings | $111.24 | $111.24 |
| Total Earnings | | $111.24 |

**Friday 04/26** $137.60

Earnings · Road Crew · Newsfeed · My Profile · COVID-19

mycapstone.net

Exhibit
"G"
2 of 10

6:57

Payment processed on
Friday, May 24

SELECTING DETAILS

PO:
BANDREWSPOWL17083301

05/17/24

Site name
US FOODS TAMPA FL 9D

1 associate on task
Andrews-Powley Iii, Bertram

Dock
DRY

| | |
|---|---|
| Cases | 0 |
| Pallets | 464 |
| Net Revenue | $287.68 |
| Pay % | 64.52% |
| Final Job Earnings | $185.60 |

AA mycapstone.net

Exhibit "G" 3 of 10

7:08

(estimated)

To be processed and paid on Friday, June 14

SELECTING DETAILS

# PO: BANDREWSPOWL020636357

06/02/24

Site name
US FOODS TAMPA FL 9D

1 associate on task
Andrews-Powley Iii, Bertram

Dock
DRY

| | |
|---|---|
| Cases | 0 |
| Pallets | 339 |
| Net Revenue | $210.18 |
| Pay % | 64.52% |
| Final Job Earnings | $135.60 |

AA mycapstone.net

Exhibit "G" 4 of 16

12:43

Siri Update
Downloading...

Friday, June 14

Production Earnings Total $426.80

**SELECTING DETAILS**

# PO: BANDREWSPOWL030638307

06/03/24

Site name
US FOODS TAMPA FL 9D

1 associate on task
Andrews-Powley Iii, Bertram

Dock
DRY

| | |
|---|---|
| **Cases** | 0 |
| **Pallets** | 346 |
| **Net Revenue** | $214.52 |
| **Pay %** | 64.52% |
| **Final Job Earnings** | $138.40 |

AA mycapstone.net

Exhibit "G" 5 of 10

12:44

To be processed and paid on
Friday, June 14

Production Earnings Total $426.80

×

**SELECTING DETAILS**

# PO: BANDREWSPOWL040932247

06/04/24

Site name
US FOODS TAMPA FL 9D

1 associate on task
Andrews-Powley Iii, Bertram

Dock
DRY

| | |
|---|---|
| Cases | 0 |
| Pallets | 382 |
| Net Revenue | $236.84 |
| Pay % | 64.52% |
| Final Job Earnings | $152.80 |

AA mycapstone.net

Exhibit "G" 6 of 10

9:07

Payment processed on
Friday, May 31

SELECTING DETAILS

**PO:**
**BANDREWSPOWL251457477**

05/25/24

Site name
US FOODS TAMPA FL 9D

1 associate on task
Andrews-Powley Iii, Bertram

Dock
DRY

| | |
|---|---|
| Cases | 0 |
| Pallets | 312 |
| Net Revenue | $193.44 |
| Pay % | 64.52% |
| Final Job Earnings | $124.80 |

AA mycapstone.net

Exhibit "G" 7 of 10

9:07

$622.26

Payment processed on

SELECTING DETAILS

**PO: BANDREWSPOWL241157191**

05/24/24

Site name
US FOODS TAMPA FL 9D

1 associate on task
Andrews-Powley Iii, Bertram

Dock
DRY

| | |
|---|---|
| Cases | 0 |
| Pallets | 396 |
| Net Revenue | $245.52 |
| Pay % | 64.52% |
| Final Job Earnings | $158.40 |

AA mycapstone.net

Exhibit "G" 8 of 10

9:07

Payment processed on
Friday, May 31

Production Earnings Total $543.60

SELECTING DETAILS

**PO: BANDREWSPOWL2108161975**

05/21/24

Site name
US FOODS TAMPA FL 9D

1 associate on task
Andrews-Powley Iii, Bertram

Dock
DRY

| | |
|---|---|
| Cases | 0 |
| Pallets | 282 |
| Net Revenue | $174.84 |
| Pay % | 64.52% |
| Final Job Earnings | $112.80 |

AA mycapstone.net

Exhibit "G" 9 of 16

9:08

Friday, May 31

Production Earnings Total $543.60

Hourly Earnings Total $78.66

**SELECTING DETAILS**

# PO: BANDREWSPOWL200932063

05/20/24

Site name
US FOODS TAMPA FL 9D

1 associate on task
Andrews-Powley Iii, Bertram

Dock
DRY

| | |
|---|---|
| Cases | 0 |
| Pallets | 369 |
| Net Revenue | $228.78 |
| Pay % | 64.52% |
| **Final Job Earnings** | $147.60 |

AA mycapstone.net

Exhibit
"G"
10 of 10

8:42 LTE

$464.80

Payment will be processed on
**Friday, June 14**

Production Earnings Total $464.80

## Daily Earnings Breakdown

Last updated : Wednesday, June 12

All earnings are estimated and are subject to change prior to payday. Displayed earnings are estimations and not promise of final pay.

| | |
|---|---|
| Friday 06/07 | $38.00 |
| Tuesday 06/04 | $152.80 |
| Monday 06/03 | $138.40 |
| Sunday 06/02 | $135.60 |

*End of earnings history this week*

Earnings | Road Crew | Newsfeed | My Profile | COVID-19

mycapstone.net

Exhibit "H"

2:37

J

James Woodward

worst.....but I can I the good thing is I am making much more money than there

Awesome... good deal

Thanks bro

Mon, Jun 17 at 2:15 PM

Hey, quick question... do you remember when I was hired and you were training me in the freezer and I had an asthma attack and had to use my rescue inhaler?

Yeah why

You ok

No, I'm not okay... I was fired on the 7th and Edris claims he had no idea I ever had asthma... they fired me as retaliation because I filed a complaint against Alex for harassment...I was terminated despite me doing the job for months

Text Message

Exhibit "I"
1 of 2

**From:** Ra Nu Ra Khuti Amen Bey ruty7bey@gmail.com
**Subject:** Fwd: Harassment, Intimidation, Discrimination and Retaliation
**Date:** May 31, 2025 at 9:34 AM
**To:** Bill Haase bill@tampaprintingproject.com

RB

Begin forwarded message:

**From:** "Ra Nu Ra Khuti Amen Bey" <ruty7bey@gmail.com>
**Subject: Fwd: Harassment, Intimidation, Discrimination and Retaliation**
**Date:** June 24, 2024 at 2:12:13 PM EDT
**To:** "JAHAIRA QUINTANA" <JAHAIRA.QUINTANA@EEOC.GOV>

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

This is the complaint that I filed against Alex that led to my employment being wrongfully terminated by the Site Manager, Edris Hayes.

---------- Forwarded message ---------
From: **Ra Nu Ra Khuti Amen Bey** <ruty7bey@gmail.com>
Date: Mon, Jun 3, 2024 at 5:02 M
Subject: Harassment, Intimidation, Discrimination and Retaliation
To: <62059smgr@capstonelogistics.com>

Hello Edris,
This is (ruty) / Bertram Andrews-Powley, III and I am writing to you per our conversation on Tuesday May 28th 2024 concerning me being harassed by my Supervisor, Alex.
My Supervisor's unprofessional harassment, intimidation and discrimination is a violation of my protected right to be employed. It is reasonable to think that Capstone Logistics have policies in place that are in compliance with the 14th Amendment of the Constitution for the United States' Equal Protection Clause, the Fair Practices Act, Title I and Title V of the Americans with Disabilities Act, and Title VII.
For context on this matter, on or about Saturday March 23rd, 2024 I had experienced a severe asthma attack when I first was asked to work in the freezer. I also suffered an asthma attack when working in the cooler on the same weekend. As a side note, I was hired as a freight runner assigned to the dry dock. On or about March 30th Alex instructed me to work in the freezer but I was still having asthma symptoms from the prior week and I declined for health reasons based on my asthma related disability. You (Edris) asked me whether I knew prior to accepting the position that my asthma would be an issue and my response was that I did not know because I did not grow up with asthma or bronchial spasms but rather this was something that came about in early 2021. I further expressed that I was grateful when I was hired that I was assigned to the dry dock; however, I was not reassigned to working in the dry dock area but rather was instructed to continue on working in the freezer and cooler areas. Alex has given the impression that he took personal offense ever since that aforementioned interaction between Alex and myself that took place on March 30th, 2024. Alex and I had another interaction on Sunday May 5th, 2024. On this day my work shift started at 7:30 am and I was the only freight runner assigned to work on this day. As the data from my scanner would support, I did not actually start running freight until close to 9:00 am. At approximately 7:45 am I was waiting for freight to come in and for the lumpers to break the freight down and for the receiver to tag the freight so that I could get to work. I was sitting down on the standing platform of the pallet jack in the dry dock area watching YouTube videos. At the time there was literally no freight - at all - in the dry dock area and no freight to run on any of the docks. Alex, instructed me to not to be sitting down and not to be on my phone. I apologized and put my phone away immediately. The next day I was given a written warning for "cell phone usage while operating power equipment" which I vehemently denied because it was in fact a false accusation as I was not using power equipment at that time. Since then Alex has been promoted to a supervisor position in the freezer. And to show that I had no hard feelings towards Alex for what I think is, at the very least, an embellishment of the facts that lead to the aforementioned written warning, I congratulated Alex on his promotion and for climbing the management ladder.
My first time working with Alex since his latest promotion was on Saturday May 25th, 2024. I make reference to the aforementioned statements made in this email and I assert that at this time and during the work shift on May 26th, 2024 that my Supervisor Alex engaged in unprofessional harassment, intimidation and discrimination directed towards me.

- When I arrived at work on May 25th, 2024 one of the first people I saw was Alex... I greeted Alex and he looked right at me without acknowledging my greeting. I saw Alex again a few minutes later and I tried speaking to him again and Alex just looked right through me as if I wasn't there.
- Alex instructed me to go and run the freight in the freezer and not to worry about the dry dock. I went in the freezer and started with the closest pallets that were tagged which were the waters that had to be taken to the dry dock... each time I passed I noticed that Alex was just staring at me in an intimidating manner. It got to the point that I had to take a double take to make sure he was really focused on me so intensely. I wanted to avoid the area where Alex was standing but it was not possible. There were no other employees working in this area on this day so a reasonable individual would come to the conclusion that this intense gaze was meant to be intimidating. How can I focus on my work when there is a grown man clearly trying to intimidate me for some odd reason.
- Later during this shift Alex was unloading a truck. This is when Alex was operating a forklift bringing pallets off of a trailer while blasting his music on his cell phone. Given me a written warning that embellishes my use of the phone is clear disparate treatment on its face

Exhibit "I" 2 of 2

disparate treatment on its face.

- At the end of the work shift on the 25th I told Alex to have a nice day - because really I was just hoping to defuse whatever was going on between him and I - and he just ignored me while looking directly at me.
- On Sunday May 26, 2024 I tried to greet Alex and the same thing happened - he just ignored me.
- During this shift on the 26th of May 2024 Alex instructed me to work in the freezer. I came out of the freezer because there were no tagged pallets for me to run and I needed to breathe in some dry air so I attempted to run the tagged pallets in the dry dock area but Alex asked why I was not in the freezer. After explaining that there was nothing else to run in there and I needed to be in the warm air of the dry dock Alex instructed me to go in the cooler and run pallets. I went in the cooler and ran the pallets that were available. Alex came in the cooler when I was on my way to the dry dock as there were no more pallets ready to be run at the time. Alex asked where I was going and I said I was about to run the pallets in the dry dock area. Alex told me to run the pallets in here - meaning the cooler. He pointed at the pallets that were in there but these pallets were not finished and the two loaders and the receiver were still working on them. Alex said why don't I wrap those pallets and I said that I am a freight runner and that I don't get paid to wrap. Why would I do their job when there are pallets available and ready to be run waiting in the dry dock? Alex said that Tevin wraps pallets and I reminded him that Tevin is employed as a Support and he gets paid by the hour rather than by the pallet. Alex then instructed me to tell the loaders to wrap the pallet and I told Alex that I am not their supervisor and I was not comfortable barking orders to individuals who are not under my auspices. I then reminded Alex that he is the supervisor and that he should instruct them to wrap the pallets. It was like Alex wanted me to bully those guys or bark out orders to them and I just did not think it was right for me to participate in what seems to be the same bullying tactics that are being used on me.

The unprofessional harassment, intimidation, discrimination and retaliation is causing me emotional distress and preventing me from simply being able to come to the job and work.
The unprofessional harassment, intimidation, discrimination and retaliation is causing me to be the subject of gossip and rumors and it is preventing me from being able to forge proper work relationships.
The unprofessional harassment, intimidation, discrimination and retaliation is forcing me to have to work in a situation that exacerbates my medical condition.
The working relationship between Alex and myself may be untenable. I think that this bullying and intimidation coming from Alex stems from the time when my asthma prevented me from being able to work in the freezer. I make accommodations for my bosses each time I work in the freezer but I was only trying to let the situation play itself out because it is overwhelming trying to convey that my asthma condition is serious and is exacerbated each time I work in the freezer. I obviously need this job.
I think that Capstone Logistics is a great company and my hope is that I could be treated in a fair manner. Thank you for looking into my concerns... have a great day!

--
Ra Nu Ra Khuti Amen Bey,
All Rights Reserved
813.293.5194

--
Ra Nu Ra Khuti Amen Bey,
All Rights Reserved
813.293.5194

Virus-free.www.avast.com

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ra nu ra khuti amen bey

**(b)** County of Residence of First Listed Plaintiff Hillsborough
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
ra nu ra khuti amen bey: 9137 Talina Ln Tampa, Florida [33637-9998] (813)-293-5194

## DEFENDANTS

CAPSTONE LOGISTICS, LLC

County of Residence of First Listed Defendant Hillsborough
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
David Klass Fisher & Phillips LLP 227 W TRADE ST STE 2020 Charlotte, NC 28202 (704) 334-4565

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☒ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
28 U.S.C. 1332(a)(2) and U.C.C. 3-501

Brief description of cause:
Breach of Contract

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ n/a

CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE AEP DOCKET NUMBER 8:25-CV-1175

DATE June 02, 2025 SIGNATURE OF ATTORNEY OF RECORD :ra-nu-ra-khuti-amen-bey

**FOR OFFICE USE ONLY**

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________